PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA SPEAKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYERS HOLDINGS INC., a Nevada corporation; EIG SERVICES, INC., a Florida corporation; DOES I THROUGH X, INCLUSIVE, AND ROES I THROUGH X, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-0068-GMN-BNW<br><br>**STIPULATION TO PERMIT PLAINTIFF AN EXTENSION OF TIME TO SERVE HER COMPLAINT**<br><br>**[FIRST REQUEST]** |

    Pursuant to Federal Rule of Civil Procedure 6 and Local Rule of Civil Practice 7-1, the parties hereby stipulate to permit Plaintiff to serve her Complaint and First Amended Complaint on or before April 14, 2023. The parties respectfully request that the Court approve this Stipulation.

    Plaintiff initiated this litigation in the Eighth Judicial District Court of Clark County, Nevada on December 15, 2022. ECF No. 1-1. Subsequently, this case was removed to this Court on January 12, 2023. ECF No. 1. The parties agree that, had this case not been removed to federal court, Nevada Rule of Civil Procedure 4(e) would have permitted Plaintiff to effect service of her Summons and original Complaint on or before April 14, 2023 (120-days after

1

filing the Complaint).  However, to the extent the shorter 90-day service deadline of Federal Rule of Civil Procedure 4(m) now governs service of the Complaint, the parties hereby stipulate to extend that 90-day deadline for service to and until April 14, 2023.

The parties respectfully request that the Court approve this Stipulation.

Respectfully submitted,

/s/ Joshua A. Sliker                                                      /s/ Paul S. Padda
_____                              _____
Joshua A. Sliker, Esq.                                               Paul S. Padda, Esq.
Katlyn M. Brady, Esq.                                               *Counsel for Plaintiff*
*Counsel for Defendant Employers Holdings, Inc. and EIG Services, Inc.*

Dated: April 19, 2023

Dated: April 19, 2023

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  April 20, 2023