1
2
3
4

PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

5

*Attorney for Plaintiff*

6

# UNITED STATES DISTRICT COURT

7
8

# DISTRICT OF NEVADA

9

TAMARA SPEAKS, an individual,

10

Plaintiff,

11

vs.

12

EMPLOYERS HOLDINGS INC., a Nevada
corporation; EIG SERVICES, INC., a Florida
corporation; DOES I THROUGH X,
INCLUSIVE, AND ROES I THROUGH X,
INCLUSIVE,

13
14
15
16

Defendants.

17

Case No. 2:23-cv-0068-GMN-BNW

**STIPULATION TO PERMIT
PLAINTIFF ADDITIONAL TIME TO
RESPOND TO PENDING MOTIONS**

**[FIRST REQUEST]**

18
19
20
21
22
23

        Pursuant to Federal Rule of Civil Procedure 6, the parties hereby stipulate, subject to the

Court's approval, to permit Plaintiff additional time (or until June 9, 2023) to respond to the

three motions[1] currently pending before the Court.  Presently, Plaintiff's responses are due on

May 26, 2023.  This is the parties' first request for an extension of time for the purpose set forth

herein.

24
25
26

        This Stipulation is entered into because undersigned counsel for Plaintiff has

communicated to Defendants' counsel that he has been ill during this past week and has not had

27
28

_____

[1] *See* ECF Nos. 40, 41 and 44.

1

sufficient time to complete responses to the pending motions.  Plaintiff's counsel believes the

additional time requested herein will afford him sufficient time to recuperate from his illness,

complete responses to the pending motions and file them with the Court.

The parties agree that good cause supports this Stipulation for additional time.  The

parties respectfully request that the Court approve this Stipulation.

Respectfully submitted,

/s/ *Joshua A. Sliker*

_____

Joshua A. Sliker, Esq.
Katlyn M. Brady, Esq.
*Counsel for Defendant Employers Holdings, Inc.
and EIG Services, Inc.*

Dated: May 26, 2023

/s/ *Paul S. Padda*

_____

Paul S. Padda, Esq.
*Counsel for Plaintiff*

Dated: May 26, 2023

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5/30/2023
_____

2