PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA SPEAKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYERS HOLDINGS INC., a Nevada corporation; EIG SERVICES, INC., a Florida corporation; DOES I THROUGH X, INCLUSIVE, AND ROES I THROUGH X, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-0068-GMN-BNW<br><br>**STIPULATION TO PERMIT PLAINTIFF ADDITIONAL TIME TO RESPOND TO PENDING MOTIONS**<br><br>**[SECOND REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 6, the parties hereby stipulate, subject to the Court's approval, to permit Plaintiff additional time (or until June 12, 2023) to respond to the three motions[1] currently pending before the Court. Presently, Plaintiff's responses are due on June 9, 2023. This is the parties' second request for an extension of time for the purpose set forth herein.

This Stipulation is entered into because undersigned counsel for Plaintiff has communicated with defense counsel and notified him that, despite best efforts Plaintiff's

---

[1] *See* ECF Nos. 40, 41 and 44.

1

counsel has not been able to complete responses to the pending motions. As communicated to defense counsel, undersigned counsel for Plaintiff has been busy during the better part of today responding to a motion to dismiss in <u>Soto v. Infinity Hospice Care, LLC, et. al.</u>, United States District Court (D. Nev.), Case No. 2:22-cv-0632-BNW. A one-business day extension of time, or until June 12, 2023, will provide the weekend for Plaintiff's counsel to complete responses to the pending motions.

The parties agree that good cause supports this Stipulation for additional time. The parties respectfully request that the Court approve this Stipulation.

Respectfully submitted,

/s/ *Joshua A. Sliker*            /s/ *Paul S. Padda*

Joshua A. Sliker, Esq.  
Katlyn M. Brady, Esq.  
*Counsel for Defendant Employers Holdings, Inc. and EIG Services, Inc.*

Paul S. Padda, Esq.  
*Counsel for Plaintiff*

Dated: June 9, 2023

Dated: June 9, 2023

**IT IS SO ORDERED:**

_____  
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 12, 2023