1  JOSHUA A. SLIKER, ESQ
   Nevada Bar No. 12493
2  KATLYN M. BRADY, ESQ
   Nevada Bar No. 14173
3  **JACKSON LEWIS P.C.**
   300 South Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  Email: joshua.sliker@jacksonlewis.com
6         katlyn.brady@jacksonlewis.com

7  *Attorneys for Defendants*
   *Employers Holdings Inc. and*
8  *EIG Services*

9              **UNITED STATES DISTRICT COURT**

10             **DISTRICT OF NEVADA**

11 | TAMARA SPEAKS,                              | Case No.  2:23-cv-00068-GMN-BNW
12 |                        Plaintiff,          | **STIPULATION TO EXTEND TIME**
   |                                            | **FOR DEFENDANTS TO FILE A**
13 |            vs.                             | **REPLY IN SUPPORT OF:**
14 | EMPLOYERS HOLDINGS INC., a Nevada          |
   | corporation; EIG SERVICES, INC., a Florida | **(1) DEFENDANTS' MOTIONS TO**
15 | corporation; DOES I THROUGH X,             | **DISMISS**
   | INCLUSIVE, AND ROES I THROUGH X,           |
16 | INCLSUIVE,                                 | **(2) DEFENDANTS' RENEWED**
   |                                            | **MOTION TO STAY DISCOVERY**
17 |                        Defendants.         |
18 |                                            | **(FIRST REQUEST)**
19

20        IT IS HEREBY STIPULATED by and between Tamara Speaks ("Plaintiff"), by and

21 through her counsel Paul Padda Law, PLLC and Defendants Employers Holdings, Inc. ("EHI") and

22 Defendant EIG Services, Inc. ("EIG") (collectively "Defendants"), through their counsel Jackson

23 Lewis P.C., that Defendants shall have an extension, up to and including June 30, 2023, in which

24 to file a reply to Plaintiff's Opposition to EIG's Motion to Dismiss (ECF No. 49), Plaintiff's

25 Opposition to EHI's Motion to Dismiss (ECF No. 50), and Plaintiff's Opposition to Defendants'

26 Motion to Stay Discovery (ECF No. 51).This Stipulation is submitted and based upon the following:

27        1.     On May 12, 2023, Defendant EIG filed a Motion to Dismiss Plaintiff's Second

28 Amended Complaint. ECF No. 40. In addition, Defendant EHI filed its own Motion to Dismiss

Plaintiff's Second Amended Complaint and a Joinder to Defendant EIG Services' Motion to Dismiss Plaintiff's Second Amended Complaint. ECF Nos. 41 and 42.

2.      On May 26, 2023, the parties stipulated and agreed to extend Plaintiff's time to file an opposition to these motions. ECF No. 46.

3.      On June 12, 2023, Plaintiff filed her (1) Opposition to EIG's Motion to Dismiss, Opposition to EHI's Motion to Dismiss, and Opposition to Defendants' Motion to stay discovery. ECF Nos. 49, 50, and 51.

4.      Defendants' replies in support of these motions are due on June 20, 2023.[1]

5.      Despite diligently working, Defendants have been unable to complete their replies as counsel has been required to respond to other time sensitive matters.

6.      During the relevant time, counsel has been required to complete a motion for summary judgment, travel to Reno for an in-person hearing, respond to other discovery requests, and respond to several administrative charges.

7.      The parties hereby stipulate and agree that good cause supports extending the time for Defendants to reply to the above oppositions from June 20, 2023, to June 30, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The deadline for these replies originally fell on June 19, 2023. As June 19th is now a recognized federal holiday, the deadline was advanced to June 20, 2023.

8.      This stipulation is made in good faith and not for the purpose of delay.

Dated this 20th day of June, 2023.

JACKSON LEWIS P.C.                              PAUL PADDA LAW, PLLC

*/s/ Katlyn M. Brady*                              */s/ Paul S. Padda*
Joshua A. Sliker, Bar No. 12493                  Paul S. Padda
Katlyn M. Brady, Bar No. 14173                   4560 South Decatur Boulevard, Suite 300
300 S. Fourth Street, Suite 900                  Las Vegas, Nevada 89103
Las Vegas, Nevada 89101

*Attorneys for Defendants*                          *Attorney for Plaintiff*

## ORDER

IT IS ORDERED that ECF No. 55 is GRANTED.

IT IS FURTHER ORDERED that Defendants have until June 30, 2023 to submit their reply in support of their Motion to Stay Discovery (at ECF No. 44).

**IT IS SO ORDERED**
**DATED:** 10:24 am, June 21, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3