JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
KATLYN M. BRADY, ESQ
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: katlyn.brady@jacksonlewis.com

*Attorneys for Defendants*
*Employers Holdings Inc. and*
*EIG Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA SPEAKS,<br><br>                 Plaintiff,<br><br>        vs.<br><br>EMPLOYERS HOLDINGS INC., a Nevada corporation; EIG SERVICES, INC., a Florida corporation; DOES I THROUGH X, INCLUSIVE, AND ROES I THROUGH X, INCLSUIVE,<br><br>                 Defendants. | Case No.  2:23-cv-00068-GMN-BNW<br><br>**JOINT NOTICE OF RESOLUTION AND REQUEST FOR STATUS CHECK** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Tamara Speaks ("Plaintiff"), by and through her counsel, the law firm of Paul Padda Law, PLLC, and Defendants Employers Holdings, Inc. ("EHI") and EIG Services, Inc. ("EIG") (collectively "Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., give notice that the Parties have reached a complete resolution of this case, and request that that the Court stay all pending deadlines and set a status check for sixty (60) days if a Stipulation and Order for Dismissal with Prejudice has not been filed in advance of the status check.

Dated this 26th day of September, 2023.

JACKSON LEWIS P.C.                          PAUL PADDA LAW, PLLC

/s/ Joshua A. Sliker                        /s/ Paul S. Padda
JOSHUA A. SLIKER, ESQ.                      PAUL S. PADDA, ESQ.
Nevada Bar No. 12493                        Nevada Bar No. 10417
300 S. Fourth Street, Suite 900            4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89103

Attorneys for Defendants                    Attorney for Plaintiff


## <u>ORDER</u>

IT IS HEREBY ORDERED that the Motions to Dismiss, (ECF Nos. 40, 41), are DENIED as moot.  IT IS FURTHER ORDERED that the parties must file no later than November 27, 2023, either dismissal documents or a joint status report informing the Court of the status of settlement.

_____
United States District Court Judge /
United States Magistrate Judge

Dated: _September 27, 2023_____

2