1  JOSHUA A. SLIKER, ESQ
   Nevada Bar No. 12493
2  KATLYN M. BRADY, ESQ
   Nevada Bar No. 14173
3  **JACKSON LEWIS P.C.**
   300 South Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Email: joshua.sliker@jacksonlewis.com
6  Email: katlyn.brady@jacksonlewis.com

7  *Attorneys for Defendants*
   *Employers Holdings Inc. and*
8  *EIG Services*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA SPEAKS, | Case No. 2:23-cv-00068-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| EMPLOYERS HOLDINGS INC., a Nevada corporation; EIG SERVICES, INC., a Florida corporation; DOES I THROUGH X, INCLUSIVE, AND ROES I THROUGH X, INCLSUIVE, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Tamara Speaks, by and through her counsel Paul Padda Law, PLLC, and Defendants Employers Holdings, Inc. and Defendant EIG Services, Inc. (collectively "Defendants"), through their counsel the law firm of Jackson Lewis P.C., hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorneys' fees and costs.

DATED this 23rd day of October, 2023.

| JACKSON LEWIS P.C. | PAUL PADDA LAW, PLLC |
|---|---|
| */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 | */s/ Paul S. Padda* <br> PAUL S. PADDA, ESQ. <br> Nevada Bar No. 10417 <br> 4560 S. Decatur Boulevard, Suite 300 <br> Las Vegas, Nevada 89103 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED

_____
United States District Court Judge /
United States Magistrate Judge

Dated: October 25, 2023

2